THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **Burleigh House Condominium, Inc.,**<br><br>       Plaintiffs,<br><br>vs.<br><br>**ROCKHILL INSURANCE COMPANY, LIBERTY SURPLUS INSURANCE CORPORATION, HALLMARK SPECIALITY INSURANCE COMPANY, UNDERWRITERS AT LLOYD'S OF LONDON, FIRST SPECIALTY INSURANCE CORP., EVANSTON INSURANCE COMPANY, AND COLONY INSURANCE COMPANY**<br><br>       Defendant. | **CASE NO.:** 1:21-cv-22911-RNS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Plaintiff, Burleigh House Condominium, Inc. ("Plaintiff"), by and through undersigned counsel, hereby gives notice that it is voluntarily dismissing WITHOUT PREJUDICE the present suit filed against the Defendant, **Certain Underwriters at Lloyd's, London Subscribing to Policy Number B1230AP04438A16**.

Respectfully submitted this April 4, 2022.

> **KORIN LAW, P.A.**
> 4000 Hollywood Boulevard, Suite 555-S
> Hollywood, Florida 33021
> Phone: (954) 556-6753
> Fax: (954) 272-7730
> Email: Jonathan@KorinLaw.com
> *Counsel for Plaintiff*
>
> By:   /s/ Jonathan Korin
>        Jonathan Korin, Esquire
>        Fla. Bar No: 93914

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon counsel for Defendant by electronic service to: Michael.McGriskin@phelps.com; Brennah.Toomey@phelps.com .

By:  /s/ Jonathan Korin<br>Jonathan Korin, Esquire