United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Burleigh House Condominium, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Rockhill Insurance Company et al., ) <br> Defendants. ) | Civil Action No. 21-22911-Civ-Scola |

### Order of Dismissal

Consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff has dismissed its case without prejudice as to Defendants First Specialty Insurance Company and Certain Underwriters at Lloyd's, London Subscribing to Policy Number B1230AP04438A16. (ECF Nos. 54, 55.)

Accordingly, the Court directs the Clerk to **terminate** those two Defendants as parties to this case. Any motions filed by them are **denied as moot**, including the motions to dismiss at **ECF Nos. 35 and 40**.

The Court reminds all remaining parties that they may, at any time, file a motion requesting a settlement conference before United States Magistrate Judge Jonathan Goodman. The Court encourages the parties to consider a confidential settlement conference with Judge Goodman, especially if the parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute.

**Done and ordered** at Miami, Florida on May 6, 2022.

Robert N. Scola, Jr.
United States District Judge